ROBERT G. AULD, Respondent, v. SEARS, ROEBUCK & Co., Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 918.] Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

VICTOR D'INVERNO and FIORE NAPOLITANO, Respondents, v. NATALIA WEED, Appellant.— In an action to recover damages for personal injuries due to a collision between an automobile driven by one of the plaintiffs and in which the other was a passenger, and one driven by the defendant, judgment for plaintiffs, entered on the verdict of a jury, reversed on the facts and a new trial granted, with costs to appellant to abide the event. The verdict of the jury was against the weight of the evidence. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

JAMES DOLAN, Respondent, v. CAROLYN B. JOHNSON, Appellant, and Others, Defendants.— In an action to foreclose two mortgages on real property, the defendant, mortgagor, appeals from an order denying her motion for the framing of issues for trial by jury. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.